WILMERHALE

January 5, 2018

**Hallie B. Levin**

+1 212 295 6710 (t)
+1 212 230 8888 (f)
hallie.levin@wilmerhale.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Presnall, et al. v. Analogic Corporation, et al.*, No. 17 Civ. 06662 (PKC)

Dear Judge Castel,

      Pursuant to Section 4(F) of Your Honor's Individual Practices, Defendants Analogic Corporation and Oncura Partners Diagnostics, LLC respectfully request that the Court schedule oral argument concerning Defendants' Motion to Dismiss the Third, Fourth, Fifth, Sixth, and Eighth Causes of Action in Plaintiffs' First Amended Complaint, filed today in the above-captioned action.

Respectfully Submitted,

*/s/ Hallie B. Levin*
Hallie B. Levin

cc:    All counsel of record via ECF