# KASOWITZ BENSON TORRES LLP

1415 LOUISIANA STREET, SUITE 2100

HOUSTON, TEXAS 77002

(713) 220-8800

FAX: (713) 222-0843

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

DEAN PAMPHILIS
DIRECT DIAL: (713) 220-8852
DIRECT FAX: (713) 583-6006
DPAMPHILIS@KASOWITZ.COM

December 19, 2018

*Via ECF*
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re: *Presnall et al. v. Analogic Corp., et al.*, Case No. 17 cv 06662 (PKC); *Analogic Corp., et al. v. Presnall, et al.*, Case No. 18 cv 06169 (PKC)

Dear Judge Castel:

We write to the Court pursuant to Item 1.B. of Your Honor's Individual Practices on behalf of all parties to advise that the parties have agreed in principle to settle the above-referenced matters. The parties respectfully request a sixty (60) day adjournment of all case-related deadlines so that the parties can formalize their settlement through appropriate written documentation and submit the requisite dismissal papers for the Court's consideration.

Thank you for your attention to this matter.

Respectfully Submitted

KASOWITZ BENSON TORRES LLP

Constantine Z. Pamphilis
*Counsel for Presnall, et al.*

SCHIFF HARDIN LLP

Matthew F. Prewitt
*Counsel for Analogic Corp., et al.*

cc: All counsel (via ECF)